1  TODD BOLEY, Bar No. 68119
   1212 Broadway, Floor 16
2  Oakland, California 94612
   Telephone: (510) 836-4500; Fax: (510) 649-5170
3

4  Attorney for Contra Costa County,
   David Livingston, Sean Fawell,
5  Town of Danville, and Steven Simpkins,
   Defendants
6

7
                    UNITED STATES DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9

10
   WILLIAM HOWARD,                   )   Case No.  3:13-CV-03626-NC
11                                   )
            Plaintiff,                )
12                                   )   **[STIPULATION AND [~~PROPOSED~~]**
   v.                                )   **ORDER RE CASE MANAGEMENT**
13                                   )   **CONFERENCE**
   CONTRA COSTA COUNTY; DAVID        )
14 LIVINGSTON; SEAN FAWELL; TOWN     )   **DATE:**       November 6, 2013
   OF DANVILLE; STEVEN SIMPKINS;and  )   **TIME:**       10:00 a.m.
15 DOES 1-50,                        )   **COURTROOM:**  A-15th Floor
                                     )   **JUDGE:**      Nathanael Cousins
16                                   )   **TRIAL:**      None Set
            Defendants.               )
17                                   )
                                     )
18 _____   )

19

20
        IT IS HEREBY STIPULATED AND AGREED by all parties as follows:
21

22
        1.    The Case Management Conference in the above entitled matter is set for
23
   November 6, 2013 at 10:00 a.m.
24
        2.    The Defendants have filed a motion to dismiss that addresses all of the causes of
25
   action and all of the defendants;
26
        3.    The hearing on Defendants' motion is set for November 20, 2013 at 1:00 p.m.
27

28

---

STIPULATION AND [~~PROPOSED~~] ORDER           1
RE CASE MANAGEMENT CONFERENCE                                              3-13-cv-03626-NC

4. The parties respectfully request that the Case Management Conference be rescheduled for a date after the Court's rulings on the motions to dismiss in order to permit the parties to incorporate the Court's rulings in their proposals for case management.

5. The parties respectfully request that the Court continue the Case Management Conference to a date after the Court's ruling on the motions to dismiss or that the Court vacate the Case Management Conference and direct the parties to request that a Case Management Conference be scheduled once the pleadings are settled.

6. The parties respectfully request that the last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's standing Order be continued to seven (7) days before the new case management conference date.

DATED: October 23, 2013

/s/
_____
Jacqueline C. Fagerlin
Attorney for Plaintiff
WILLIAM HOWARD


/s/
_____
Todd Boley
Attorney for Defendants
CONTRA COSTA COUNTY,
DAVID LIVINGSTON, SEAN FAWELL,
TOWN OF DANVILLE, AND
STEVEN SIMPKINS

1  ORDER

2  The parties having stipulated and good cause appearing therefor, IT IS HEREBY

3  ORDERED, ADJUDGED AND DECREED THAT:

4  [The Case Management Conference is continued from November 6, 2013 at 10:00 a.m. to

5  __December 18__, at 10:00 a.m.  The last day to file the Rule 26(f) Report, complete initial

6  disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the

7  Court's standing Order be continued to __December 11, 2013__.]

8  ~~Or~~

9  ~~[The Case Management Conference scheduled for November 6, 2013 at 10:00 a.m. is~~

10  ~~hereby vacated and the parties are to request that a Case Management Conference be scheduled~~

11  ~~once the pleadings are settled.  The last day to file the Rule 26(f) Report, complete initial~~

12  ~~disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the~~

13  ~~Court's standing Order is continued to seven (7) days before the new case management~~

14  ~~conference date once reset by the Court at the request of counsel.]~~

16  Dated: __October 24, 2013__

   NATHANAEL COUSINS
17  Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*

STIPULATION AND [~~PROPOSED~~] ORDER            3
RE CASE MANAGEMENT CONFERENCE                                                3-13-cv-03626-NC