TODD BOLEY, Bar No. 68119
1212 Broadway, Floor 16
Oakland, California 94612
Telephone: (510) 836-4500; Fax: (510) 649-5170

Attorney for Contra Costa County,
David Livingston, Sean Fawell,
Town of Danville, and Steven Simpkins,
Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HOWARD,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CONTRA COSTA COUNTY; DAVID LIVINGSTON; SEAN FAWELL; TOWN OF DANVILLE; STEVEN SIMPKINS; and DOES 1-50,<br><br>　　　　Defendants. | Case No.  3:13-CV-03626-NC<br><br>**[STIPULATION AND [**~~PROPOSED~~**] ORDER RE CASE MANAGEMENT CONFERENCE**<br><br>**DATE:**　　　November 6, 2013<br>**TIME:**　　　10:00 a.m.<br>**COURTROOM:**　A-15th Floor<br>**JUDGE:**　　　Nathanael Cousins<br>**TRIAL:**　　　None Set |

IT IS HEREBY STIPULATED AND AGREED by all parties as follows:

　　　1.　　The Case Management Conference in the above entitled matter is set for November 6, 2013 at 10:00 a.m.

　　　2.　　The Defendants have filed a motion to dismiss that addresses all of the causes of action and all of the defendants;

　　　3.　　The hearing on Defendants' motion is set for November 20, 2013 at 1:00 p.m.

---

STIPULATION AND [~~PROPOSED~~] ORDER　　　　　1
RE CASE MANAGEMENT CONFERENCE　　　　　　　　　　　　　　　　　　　　　　　3-13-cv-03626-NC

1  4. The parties respectfully request that the Case Management Conference be rescheduled for a date after the Court's rulings on the motions to dismiss in order to permit the parties to incorporate the Court's rulings in their proposals for case management.

5. The parties respectfully request that the Court continue the Case Management Conference to a date after the Court's ruling on the motions to dismiss or that the Court vacate the Case Management Conference and direct the parties to request that a Case Management Conference be scheduled once the pleadings are settled.

6. The parties respectfully request that the last day to file the Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's standing Order be continued to seven (7) days before the new case management conference date.

DATED: October 23, 2013

/s/
_____
Jacqueline C. Fagerlin
Attorney for Plaintiff
WILLIAM HOWARD


/s/
_____
Todd Boley
Attorney for Defendants
CONTRA COSTA COUNTY,
DAVID LIVINGSTON, SEAN FAWELL,
TOWN OF DANVILLE, AND
STEVEN SIMPKINS

1                                                   ORDER

2     The parties having stipulated and good cause appearing therefor, IT IS HEREBY

3 ORDERED, ADJUDGED AND DECREED THAT:

4     [The Case Management Conference is continued from November 6, 2013 at 10:00 a.m. to

5 _December 18_ , at 10:00 a.m. The last day to file the Rule 26(f) Report, complete initial

6 disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the

7 Court's standing Order be continued to _December 11, 2013_ .]

8 ~~Or~~

9 ~~[The Case Management Conference scheduled for November 6, 2013 at 10:00 a.m. is~~

10 ~~hereby vacated and the parties are to request that a Case Management Conference be scheduled~~

11 ~~once the pleadings are settled. The last day to file the Rule 26(f) Report, complete initial~~

12 ~~disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the~~

13 ~~Court's standing Order is continued to seven (7) days before the new case management~~

14 ~~conference date once reset by the Court at the request of counsel.]~~

16 Dated: _October 24, 2013_     _____
                                         NATHANAEL COUSINS
17                                             Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
*Judge Nathanael M. Cousins*